```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17547
   COLIN C CONNER
   LEILA A CONNER                               CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-8400     SSN XXX-XX-6758
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/08/08 .

   2.  Case reassigned to Tom Vaughn, Trustee, 08/28/2008.

```
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                               PAID            PAID
```

        Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID     | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID      | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID         | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, KONSTANTINE T SPARAGIS        , was allowed $     .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

   Dated: 03/16/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 08 B 17547 COLIN C CONNER & LEILA A CONNER
```